UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00337-IM |
| v. | **INFORMATION** |
| **JOHN MICHAEL CHRISTIAN,** | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) & 846 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Heroin and Methamphetamine)**
**(21 U.S.C. § 841(a)(1), 841(b)(1)(C))**

On or about May 24, 2019, in the District of Oregon, defendant **JOHN MICHAEL CHRISTIAN** knowingly and intentionally possessed with the intent to distribute a quantity of heroin, a Schedule I Controlled Substance, as well as a mixture or substance containing methamphetamine, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C).

**COUNT 2**
**(Conspiracy to Possess with Intent to Distribute and to Distribute Heroin)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846)**

Beginning on an unknown date but no later than in or about June 2019, and continuing until August 4, 2019, in the District of Oregon, defendant **JOHN MICHAEL CHRISTIAN**

knowingly and intentionally combined, conspired, confederated, and agreed with other persons to possess with intent to distribute and to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. It was an object of the conspiracy to distribute a portion of this heroin inside Multnomah County Inverness Jail.

## CRIMINAL FORFEITURE ALLEGATION
## CONTROLLED SUBSTANCES

Upon conviction of the offenses alleged in either Count 1 or Count 2, defendant **JOHN MICHAEL CHRISTIAN** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

Dated: September 26, 2022

        Respectfully submitted,

        NATALIE K. WIGHT
        United States Attorney


        */s/ Peter D. Sax*
        PETER D. SAX
        Assistant United States Attorney