# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| UNITED STATES OF AMERICA | DOCKET NO.3:22-00337-IM-CR |
|---|---|
| vs. | ORDER ON     PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION |
| John Michael Christian | |

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on June  17, 2025, regarding the above-name defendant, **IT IS HEREBYORDERED that,**

☐  No Action

☒  **You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will obtain the authori ation of the Court before re uiring residential or inpatient treatment pursuant to this condition. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol.   ou must not attempt to obstruct or tamper with the testing methods.**

☐  Submit a Request for Warrant or Summons.

☐  Court orders the defendant to appear for a status hearing schedule for

**DATED** this   18th   day of June, 2025,

_____
Karin J. Immergut
U.S. District Judge

Order on Petition to Modify Conditions or Term of Supervision - 3:22CR00337-1 IM